UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 24-229(2)(DSD/DJF)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

(2) JAY VALENTINE WINSTON,

        Defendant.

**PRELIMINARY ORDER OF FORFEITURE**

Based on the United States' motion for a preliminary order of forfeiture; on the plea agreement entered into between the United States and defendant Jay Valentine Winston; on the court having found that certain property is subject to forfeiture pursuant to 21 U.S.C. § 853(a); and on the court's determination that the United States has established the requisite nexus between such property and the offense to which defendant has pleaded guilty,

**IT IS HEREBY ORDERED** that:

1. The motion for a preliminary order of forfeiture [ECF No. 98] is granted;

2. $9,642.00 in U.S. currency seized from a backpack during a traffic stop of Defendant Jay Valentine Winston (Property) is forfeited to the United States pursuant to 21 U.S.C. § 853(a);

3. The Attorney General or her authorized designee may seize and maintain custody and control of the Property pending the entry of a final order of forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this preliminary order of forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. Following the court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing Property and may warrant good title to any subsequent purchaser or transferee; and

7. The court shall retain jurisdiction to enforce this order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated:   May 14, 2025          /s David S. Doty
                               David S. Doty, Judge
                               United States District Court

2