```
           UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
           CRIMINAL NO. 24-229(DSD/DJF)
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    **FINAL ORDER OF FORFEITURE**

(2) JAY VALENTINE WINSTON,

        Defendant.

WHEREAS, on May 14, 2025, the court entered a Preliminary Order of Forfeiture forfeiting property to the United States pursuant to 21 U.S.C. § 853(a);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on May 15, 2025, providing notice of the United States' intention to dispose of property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition pursuant to Fed. R. Crim. P 32.2(c) and 21 U.S.C. § 853(n)(2) has expired;

Accordingly, **IT IS HEREBY ORDERED that:**

1. The motion for final order of forfeiture [ECF No. 139] is granted;

2. All right, title and interest in the $9,642.00 in U.S. currency seized from a backpack during a traffic stop of Defendant Jay Valentine Winston is hereby forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a); and

3. The United States shall dispose of the property in accordance with the law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 29, 2025

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court